AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

REDACTED

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

TINA L. JONES
J.J. (a minor, her Son)
       Plaintiff

v.

JEESEN LABORATORIES, et.al.
MYLAN LABORATORIES et.al.
       Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: - 05 - 611

I, __Tina L. Jones__ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant       • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
AUG 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   • Yes   • No   (If "No" go to Question 2)
                                              xx

   If "YES" state the place of your incarceration _____

   **Inmate Identification Number (Required):** _____

   Are you employed at the institution? __n/a__  Do you receive any payment from the institution? _____

   *Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions*

2. Are you currently employed?   • • Yes   • No
                                    xxx

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.  Approx $1,600 per month

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      • • Yes      • • No x
   b. Rent payments, interest or dividends               • • Yes      • • No
   c. Pensions, annuities or life insurance payments     • • Yes      • • No x
   d. Disability or workers compensation payments        • • Yes      • • No x
   e. Gifts or inheritances                              • • Yes      • • No x
   f. Any other sources                                  • • Yes      • • No x

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?    • • Yes    • • No
                                                              xxxx

   If "Yes" state the total amount $ 176.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

                                                              • • Yes    • • No
                                                               xxx

   If "Yes" describe the property and state its value.

   My family home, appraised at approx $125.000.00

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   My Minor Son,    J.J.    , 12 years of age

   Please see attached income and output sheet.

I declare under penalty of perjury that the above information is true and correct.

_____    _____
     DATE                      SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ATTACHMENT TO PAUPERIS APPLICATION

**Monthly Income**……………(salary from employment) ………$1,600.00

**Expenses:** Mortgage……………………………………………….$ 586.00

Water, (quarterly)………………………………………… ..$ 140.00

Phone……………………………………………………………..$ 50.00

Electric (Budgeted at)…………………………………………….$ 120.00

Trash Removal……………………………………………………$ 36.00

Oil (Budgeted at)…………………………………………………$ 90.00

Food (by week)………………………………………………….$ 100.00

Cable……………………………………………………………..$ 50.00

Gas For Work (by Week)………………………………………….$ 40.00

Credit Cards……………………………………………………..$ 200.00

Sewer (by year)…………………………………………………..$ 250.00

School Clothes for minor Son (By Year)…………………………..$ 1000.00

School and community sporting activities for Son………………..$ 1200.00

School Supplies (by Year)………………………………………...$ 200.00

School Trips (by Year)…………………………………………… $ 250.00

Plaintiff's work clothing (By Year). …………………………….$ 1200.00

Missal. (by Month) hair cares for Plaintiff and son, cosmetics etc…$ 100.00

**Even a glean of the income output of Plaintiff will clearly show that the expenses exceed the income upon which family is depended upon for assistance.**