# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

**TINA L. JONES**
    **Plaintiff**
    **Pro-se**

**JURY TRIAL DEMANDED**

No_____

J. J.
**Her Minor Son,**
    **Plaintiff**
    **Pro-se**

## *ORDER GRANTING PAUPERIS STATUS*

**A N D  N O W**, after reviewing Plaintiff's application to proceed before this Court without cost or fee it is hereby determined that Plaintiff's application seeking Pauperis Status is hereby **GRANTED:**

Dated_____

By The Court

_____
United States District Court Judge
For the District of Delaware