

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 19, 2005

TO:  Tina L. Jones
710 Kilgor Court
Newark, DE 19702

RE:  05-cv-00611 Jones et.al. V. Janseen Pharmaceutica et.al.

**IMPORTANT NOTICE REGARDING PERSONAL INFORMATION**

DOCUMENT TITLE:    Complaint entitled "Civil Action at Law"

We have received your new civil action and application to proceed without prepayment of the fees on 8/19/05, and have created an electronic docket. We have assigned Civil Action # 05-611 to your complaint and will forward your papers for assignment to a Judge.

Please take note that on March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The document identified above appears to contain the kind of personal information you may want to protect from public access on the internet, in particular, the name of a minor child. If you would like this personal information to be treated as confidential and be provided to the Court only, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns.

If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court would also require you to file another version of the document that does not contain the private information or contains only limited personal information.

    We made an attempt to contact you this afternoon but we were unable to obtain a phone number for you.  Therefore, it is important that you contact us as soon as possible to discuss this matter further.  We will not enter your actual complaint papers on the electronic docket until on or after 8/23/05, to allow you an opportunity to contact us by phone (or in person) to determine your intentions regarding the privacy of your child's name.  A copy of our detailed Notice Regarding Personal Information is provided for your reference.

                                                        /s/ Ronald B. Eberhard

cc:  CA 05-611                                     Deputy Clerk

NOTICE REGARDING PERSONAL INFORMATION

On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The Court, in its Administrative Procedures Governing Filing and Service by Electronic Means, has recognized that certain kinds of personal information should not be included on public filings except in limited fashion. For example: (1) the names of minor children should not be used, only their initials; (2) only the last four digits of a social security number should be used; (3) a full date of birth should not be used, only the year of birth need be given; (4) only the last four digits of any financial account should be included; and (5) in criminal cases, only the city and state of a personal address need be given. Caution should also be used when filing documents that contain the following: (1) personal identifying numbers, such as driver's license numbers; (2) medical records; (3) employment history; (4) individual financial information; (5) proprietary or trade secret information; (6) information regarding cooperation with the government; (7) victim information; and (8) national security information.

**It is not the responsibility of the Court to review each document and determine whether personal information has properly been protected. Every document submitted for filing will be docketed and made publicly accessible over the Court's electronic filing system.** If, after docketing, you determine that a document contains personal information that you want to treat as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

Peter T. Dalleo,
Clerk of Court