August 25, 2005

US DISTRICT CLERK
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 N. King Street
Lockbox 18
U. S. Courthouse
Wilmington, DE 19801

Re: Tina L. Jones                    Civil Action # - 05-611
    710 Kilgor Court
    Newark, DE 19702

Dear Judge Sleet,

Please consider this a formal request to redact my sons' name on all papers regarding complaint #05-611 from public record as he is a minor child. In lieu of his name please refer to him as JJ.

For questions or concerns I can be reached Monday – Wednesday – and Friday between 8:30 a.m. through 4:30 p.m. @ (302) 325-4311. Tuesdays and Thursdays I can be reached @ (302) 832-2082 or (302) 373-7205.

Sincerely,

Tina L. Jones

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 AUG 26 PM 2:26