IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TINA L. JONES, and ) <br> J.J. (Her Son, a minor, ) <br> twelve (12) years of age), ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) Civ. No. 05-611 GMS <br>  ) <br> JANSEEN PHARMACEUTICA, and ) <br> MYLAN LABORATORIES, INC., ) <br>  ) <br> Defendant(s). ) | |

**ORDER**

At Wilmington this 31st day of August, 2005, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $19,200.00. (D.I. 1 and 2)

2. The plaintiff shall pay the $250 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

_____
United States District Judge

FILED

AUG 31 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE