IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TINA L. JONES, and J.J. (Her Son, a minor, twelve (12) years of age),<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>JANSEEN PHARMACEUTICA, and MYLAN LABORATORIES,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)　Civil Action No. 05-611 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

NOW THIS _____ day of _____, 2005 the Court having duly considered Defendant Mylan Laboratories, Inc.'s Motion to Dismiss:

IT IS HEREBY ORDERED THAT the motion is hereby granted and the complaint is dismissed against defendant Mylan Laboratories, Inc.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.

{MISC.JONES:DML0010}