## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Dismiss of Defendant Mylan Laboratories, Inc., Brief in Support of Motion and proposed form of Order were served on the party listed below via Certified Mail, Return Receipt Requested, postage prepaid, this 3rd day of October, 2005:

Tina L. Jones
710 Kilgor Court
Newark, Delaware 19702

_____
Lynne M. Parker

{MISC.JONES:DML0006}