IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TINA L. JONES, and J.J. (Her Son, a minor, twelve (12) years of age) : | |
| : | |
| Plaintiffs | |
| : | |
| v. | Civil Action No. 05-611 GMS |
| : | |
| JANSEEN PHARMACEUTICA, and MYLAN LABORATORIES, INC. | |
| : | |
| Defendants : | |

**ORDER**

WHEREAS, on August 18, 2005, a complaint was filed in the above-captioned case;;

WHEREAS, on August 18, 2005, the pro se plaintiff filed a motion for leave to proceed in forma pauperis;

WHEREAS, on August 31, 2005, an Order was issued denying the plaintiff's motion for leave to proceed in forma pauperis. The plaintiff was directed to pay the filing fee of $250 within thirty (30) days from the date the Order was sent, or her case would be dismissed.

IT IS ORDERED THAT:

The plaintiff's complaint is hereby dismissed without prejudice for failure to pay the required filing fee.

Dated: October __5__, 2005

_____
UNITED STATES DISTRICT JUDGE

FILED
OCT _ 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE