CLOSED, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00611-GMS
### Internal Use Only

| | |
|---|---|
| Jones et al v. Janseen Pharmaceutica et al | Date Filed: 08/18/2005 |
| Assigned to: Honorable Gregory M. Sleet | Jury Demand: Plaintiff |
| Demand: $25,000,000 | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1332 Diversity-(Citizenship) | Jurisdiction: Diversity |

**Plaintiff**

**Tina L. Jones**              represented by   **Tina L. Jones**
                                                Tina L. Jones, Pro se
                                                710 Kilgor Court
                                                Newark, DE 19702
                                                PRO SE

**Plaintiff**

**JJ**                         represented by   **JJ**
*Her Son, a minor, twelve (12) years of*        PRO SE
*age*

V.

**Defendant**

**Janseen Pharmaceutica**

**Defendant**

**Mylan Laboratories Inc.**    represented by   **Lynne M. Parker**
                                                Hollstein, Keating, Cattell, Johnson & Goldstein, P.C.
                                                12th & Orange St.
                                                Suite 730, One Commerce Center
                                                Wilmington, DE 19801
                                                (302) 884-6700
                                                Email: lparker@hollsteinkeating.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/18/2005 | 1 | SEALED MOTION for Leave to Proceed in forma pauperis - filed by Tina L. Jones. (els, ) (Entered: 08/26/2005) |
| | | |

| 08/18/2005 | 2 | REDACTED VERSION of 1 MOTION for Leave to Proceed in forma pauperis by Tina L. Jones. (Attachments: # 1 Proposed Order IFP)(els, ) (Entered: 08/26/2005) |
|---|---|---|
| 08/18/2005 | 3 | SEALED COMPLAINT filed with Jury Demand against Janseen Pharmaceutica, Mylan Laboratories Inc. - filed by Tina L. Jones.(els, ) (Entered: 08/26/2005) |
| 08/18/2005 | 4 | REDACTED VERSION of 3 Complaint by Tina L. Jones. (Attachments: # 1 Redacted Civil Cover Sheet)(els, ) (Entered: 08/26/2005) |
| 08/19/2005 | 5 | Letter to Tina Jones from Deputy Clerk Ron Eberhard regarding Protection of Personal Information. (els, ) Modified on 8/26/2005 (rbe, ). (Entered: 08/26/2005) |
| 08/24/2005 |  | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, ) (Entered: 08/24/2005) |
| 08/26/2005 | 6 | Letter to Judge Sleet from Tina L. Jones regarding Personal Information re 5 Letter. (els, ) Modified on 8/26/2005 (rbe, ). (Entered: 08/26/2005) |
| 08/31/2005 | 7 | ORDER denying 1 and 2 Motion for Leave to Proceed in forma pauperis. The plaintiff shall pay the filing fee of $250 within thirty (30) days from the date this order is sent, or the case will be dismissed. Signed by Judge Gregory M. Sleet on 8/31/05. (mmm) (Entered: 08/31/2005) |
| 10/05/2005 | 8 | MOTION to Dismiss for Failure to State a Claim - filed by Mylan Laboratories Inc. (Attachments: # 1 Exhibit A - Copy of Complaint) (mmm) (Entered: 10/05/2005) |
| 10/05/2005 | 9 | OPENING BRIEF in Support re 8 MOTION to Dismiss for Failure to State a Claim filed by Mylan Laboratories Inc.Answering Brief/Response due date per Local Rules is 10/20/2005. (Attachments: # 1 Exhibit A Copy of Complaint # 2 Text of Proposed Order # 3 Certificate of Service)(mmm) (Entered: 10/05/2005) |
| 10/05/2005 | 10 | ORDER DISMISSING CASE without prejudice (copy to pltf.) (CASE CLOSED). Signed by Judge Gregory M. Sleet on 10/5/05. (mmm) (Entered: 10/05/2005) |
| 10/05/2005 |  | Remark: Copy of D.I. 10 (Order Dismissing Case) was sent to the pro se plaintiff at her last known address on 10/5/05. (mmm) (Entered: 10/05/2005) |
| 02/27/2006 |  | ***Set Paper Documents Flag (rbe, ) (Entered: 02/27/2006) |